# United States District Court
## Western District of North Carolina
## Statesville Division

| | | |
|---|---|---|
| Donald E. Stiles Jr., | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:16-cv-00007-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| FNU Cook, et al, | ) | |
| | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 3, 2016 Order.

March 3, 2016

_Frank G. John_

Frank G. Johns, Clerk
United States District Court